**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B. Nicole Parfinovics, | No. CV 14-0235-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Hewlett-Packard Company, Best Buy Co. Inc., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the notice of removal fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation).

Accordingly,

**IT IS ORDERED** that in responding to the motion to remand, the removing Defendant shall also allege the citizenship of each of the corporations or this case will be remanded for that reason alone.

DATED this 6th day of March, 2014.

*/s/ James A. Teilborg*
James A. Teilborg
Senior United States District Judge